# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$70,000.00 in United States Currency,<br><br>        Defendant. | 2:19-cv-00392-JAD-VCF<br><br>**ORDER** |

Before the court is the United States' Motion for Leave of Court to Supplement Record with Additional Authority (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the United States' Motion for Leave of Court to Supplement Record with Additional Authority (ECF NO. 23) is scheduled for 10:00 AM, September 19, 2019, in Courtroom 3D.

DATED this 11th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE