# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>$70,000.00 in United States Currency,<br><br>       Defendant. | 2:19-cv-00392-JAD-VCF<br><br>**ORDER** |

Before the court is the United States' Motion for Leave of Court to Supplement Record with Additional Authority (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that the government file a notice of supplemental authority on the docket, with the case citation as referenced in the Motion for Leave of Court to Supplement Record with Additional Authority (ECF NO. 23) by noon, September 16, 2019.

DATED this 13th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE